United States Courts
Southern District of Texas
FILED

SEP 12 2023

Nathan Ochsner, Clerk of Court

Certificate Number: 12459-TXS-CC-037756092



12459-TXS-CC-037756092

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 11, 2023, at 11:56 o'clock PM PDT, Yolanda Punch received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 11, 2023         By:     /s/Veronica Castro

                                 Name:   Veronica Castro

                                 Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).